| | |
|---|---|
| **WANGER JONES HELSLEY PC**<br>Jay A. Christofferson #203878<br>*jchristofferson@wjhattorneys.com*<br>265 East River Park Circle, Suite 310<br>Fresno, California 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330<br><br>Attorney for Defendants JASON M. YAMADA,<br>CHISATO JANICE MATSUYAMA YAMADA,<br>and JMY PROPERTIES I, LLC | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br>An Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON M. YAMADA, an individual; CHISATO JANICE MATSUYAMA YAMADA, an individual; JMY PROPERTIES I, LLC, a California limited liability company; VICTORIA ANTUNEZ, individually and as Successor in Interest to the Estate of Adrian Antunez aka Adrian Antunez Perez; and PEDRO DIEGO, an individual,<br><br>Defendants. | Case No. 2:18-cv-00491-TLN-KJN<br><br>**STIPULATION TO TRANSFER ACTION INTRA-DISTRICT TO THE FRESNO DIVISION PURSUANT TO LOCAL RULE 120; ORDER THEREON**<br><br>Complaint Filed: 3/6/2018 |

| | |
|---|---|
| 1 | The parties hereto, Scottsdale Indemnity Company ("Scottsdale"), Jason M. Yamada, Chisato Janice Matsuyama Yamada, JMY Properties I, LLC, Victoria Antunez and Pedro Diego ("Parties"), hereby stipulate as follows: |

The parties hereto, Scottsdale Indemnity Company ("Scottsdale"), Jason M. Yamada, Chisato Janice Matsuyama Yamada, JMY Properties I, LLC, Victoria Antunez and Pedro Diego ("Parties"), hereby stipulate as follows:

WHEREAS, Scottsdale's Declaratory Relief Complaint is presently venued in the Sacramento Division of the United States District Court, Eastern District of California;

WHEREAS, the accident that serves as the basis for the underlying lawsuit occurred in Fresno County;

WHEREAS, the underlying Complaint relating to the accident at issue is venued in Fresno County;

WHEREAS, pursuant to Local Rule 120(d), intra-district transfer is proper because the underlying accident occurred in Fresno County;

WHEREAS, pursuant to Local Rule 120(f), the Parties file this stipulation and proposed order to transfer this action to the United States District Court Eastern District of California, Fresno Division;

THEREFORE, IT IS HEREBY STIPULATED by the Parties, in the interest of complying with Local Rule 120, that this action be transferred to the United States District Court, Eastern District, Fresno Division.

Dated: June 6, 2018                                     WANGER JONES HELSLEY PC

By: _____/s/ Jay A. Christofferson_____
Jay A. Christofferson
Attorneys for Defendants Defendants JASON M. YAMADA, CHISATO JANICE MATSUYAMA YAMADA, and JMY PROPERTIES I, LLC

| | |
|---|---|
| Dated: June __, 2018 | SELMAN BREITMAN LLP |

By: _____/s/_____
Alan B. Yuter
Attorneys for Plaintiff SCOTTSDALE
INDEMNITY COMPANY

Dated: June 6, 2018                                    BARADAT & PABOOJIAN, INC.

By: _____/s/_____
Warren R. Paboojian
Adam B. Stirrup
Attorneys for Defendants VICTORIA ANTUNEZ
and PEDRO DIEGO

## **ORDER**

Pursuant to Stipulation, and good cause appearing, it is ORDERED that this action shall be transferred intra-district to the United States District Court, Eastern District, Fresno Division.

**IT IS SO ORDERED.**

Dated: June 12, 2018

_____
Troy L. Nunley
United States District Judge